**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-6170**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL ERROL WILSON,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CR-97-39-BO, CA-00-55-5-BO)

───────────────

Submitted:  June 21, 2001                Decided:  June 28, 2001

───────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Michael Errol Wilson, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Errol Wilson appeals the denial of his Fed. R. Civ. P. 59(e) motion seeking to alter or amend the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  United States v. Wilson, Nos. CR-97-39-BO; CA-00-55-5-BO (E.D.N.C. Dec. 20, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED